FILED

MAR 19 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Eugenia Pree
(Name of Plaintiff)
500 Union Avenue
(Address of Plaintiff)
Fairfield, Ca. 94533

2:15 - CV - 0 6 2 8  DAD PC
(Case Number)

vs.

Solano Co. Jail Medical / Dr. Nagar
500 Union Avenue
Fairfield, Ca. 94533
(Names of Defendants)

COMPLAINT Violation of 8th Amendment Rights "Cruel and Unusual Punishment"

I. Previous Lawsuits:

   A. Have you brought any other lawsuits while a prisoner: ☒ Yes ☐ No

   B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff _____ Eugenia Pree _____

      Defendants _____ North Bay Emergency Room _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983        Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)
   Solano County

3. Docket Number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   N/A

6. Approximate date of filing lawsuit  ~~[illegible]~~ 3-12-15

7. Approximate date of disposition  N/A

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?  ☒ Yes  ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ☒ Yes  ☐ No
      If your answer is no, explain why not _____

   C. Is the grievance process completed?  ☒ Yes  ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant DR. NAGAR is employed as M.D. at Solano County Jail

   B. Additional defendants Solano County Jail Medical Department

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

On 2-11-15, while in cell # K-9 Alone, had a severe grandmal seizure. Was transported to Northbay Medical Hospital. @ approx between 2 am and breakfast pass at Solano County Jail returned. On duty officer Kelly Scarbrough in recieving. Was evaluated by Nurse on duty. Told I would be placed on Medal Ward Floor. Was released from Northbay Medical without e.p. Full function of (R) side of body. (R) Hand and Shoulder was still in extreme pain, and unable to bend all 5

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I wish for the courts do er something about the medical staff at Solano County Jail. They have very poer. Poor Medical. And grant me for pain and suffering for violation of my 8th Amendment rights, pay for any reconstuction surgery that must correct my finger, the amount I'm requesting

Signed this 12 day of March, 2015.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3/12/15
(Date)

_____
(Signature of Plaintiff)

→ OF MY (R) TOES beginning ... "On 2-12-15 Approx 10:30 AM, Saw Dr. Nagar, who stated you look better. How would he know how I looked never saw him until 2-12-15. I stated to him my shoulder hurts very badly, and (R) hand, but middle finger in perticular hurted the most. Also stated that I'm unable to move my toes at all. So He take a paper clip to bottom of (R) foot, no movement of toes at all. So he stated, he will have to wait for records from North Bay Medical before he could tell me anything. I said thats funny considering Northbay Hospitol, released me without adequate diagnosis themselves.

On 2-13-15, was called to see Dr. Nagar again Approx 11 AM and still no movement in (R) foot, toes wouldn't bend at all. As far as hand & (R) middle finger he would request X-Rays & figure out what to do about my foot, which was a Friday, and never heard back from him at all that day and the 2-15-15, was a holiday so I went all weekend without knowing what was wrong with my (R) toes. Also on 2-13-15 during Appt. Dr. Nagar said he would increase one of my seizure meds, Phenobarbatal to 2x's a day & Tylenol w/Codine 2x day for pain.

On 2-13-15 Approx 7pm Med pass 2 of my seizure meds were Removed my Gabapatin and my Depokote. Abruptly, without my concent or knowing. Filed Grievence process Approx 19:00 hrs. On 2-14-15 saw no Doc. About my foot or seizure meds. On 2-17-15 Approx 9 AM saw Dr. Nagar. Seems not to be able to tell me why my toes still arent able to bend or have continual movement, but only speratic movements now. His response and I "Quote" "I Dont No"! Asked Dr. Nagar why I didnt recieve my seizure meds? And I quote His response "I Dont No!". I didnt stop them but your the only Dr. I have seen. No response. So asked about X-Rays - no response except I ordered for them. TURN OVER

#1

Cont IV...

On 2-17-15 Approx 7pm Med Pass Still Didn't Recieve my Depokote nor Norotons, which are my Seizure Meds. Even after all day meds werent restarted. On 2-17-15 Approx 7pm, Filed Another Grievence against Dr. Nagar & Approx 8pm, Nurse Comes In Room To Tell me my meds Don't Start Back until 2-18-15 Approx 4am Med Pass... Meds Should Have Never Stoped In The First Place, Complete Negliagince on Dr's. Part, Those meds are to function my Brain, So I Don't Have Such Seziures... Carless. At That Point Been 5 Days Without Meds. If Dr. Nagar Increased my Phenobarbatal 2x's A Day Why Hadn't He Noticed my Other 2 Meds Would Expire 2-13-15, The Following Day? And Seizure Meds Should Never Expire! I Had Extremly Bad Night Sweats! Bed Wetting! Leg Cramps! Severe Headaches Trouble Sleeping, Depression, Due To Abrubt Stop of Meds. In All my 18yrs. Never Had An Abrupt Stop of Meds Like Such...

On 2-19-15, Approx 8am Put In Request Slip Asking, has an Appt. Been Scheduled For my X-Rays It Is 2-23-15 Still No Xrays or Response! Was Told on 2-13-15 Approx 11am They Would Be Scheduled... At The Time I'm Writing This It Has Been 13 Days & Finger Is Looking Disfigured. Still Pain & Burning in Finger But Meds Have Been Cut Off. Tylenol 3's App 6pm 2-20-15 On 2-19-15 Approx 8pm-9pm Removed From Medical Ward, With Only Spiratic Movement In (R) Toes. Without Dr. Nagar Giving Me An Evaluation Before Sending Me Back To G.P. (General Population). Have Pain Shooting Up Leg When Bend Toes Know, Don't No What's Causing It. Continuing To place Sanitary Napkin Over (R) Middle Finger When Asleep So Not To Bump It. On 2-20-15 Approx 9-10am Pain In (R) Hand & Finger Extremly Bad. Wish Not To Be Seen By Dr. Nagar Again. "Neglagant"!

III3

Cont. IV

Approx 10 AM

IT IS 2-23-15, AND YET TO STILL HAVE X-RAYS ON HAND OR (R) MIDDLE FINGER. SO I DECIDED TO PROCEED IN THIS PROCESS. I WILL ALSO PROCEED IN ONE AGAINST NORTHBAY MEDICAL EMERGENCY AS WELL, FOR INADIQUATE RELEASE AND I WAS UNCAPABLE OF MOVEMENT TO MY (R) SIDE AND (R) TOES.. On 2-24-15 APPROX 11:15 AM RECIEVED EXRAYS ON HAND AND FINGER.
On 2-27-15, RECIEVED RESPONSE BACK FROM GRIEVENCE #15000264 APPROX 6:59 AM
SAW UNDER MY DOOR ON 2-27-15
DIDNT AGGREE WITH RESPONSE GIVEN, SO ON 2-27-18 Appealed
RESPONSE TO Grievence. 3-12-15
EXHAUSTED ALL REMEDIES.