UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIA PREE,<br><br>  Plaintiff,<br><br>  v.<br><br>SOLANO COUNTY JAIL MEDICAL DEPARTMENT, et al.,<br><br>  Defendants. | No.  2:15-cv-0628 DAD P<br><br><br>ORDER |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's March 19, 2015 motion to proceed in forma pauperis (ECF No. 2) is denied without prejudice.

/////

1      2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of plaintiff's request to proceed in forma pauperis on the form provided by the Clerk of Court.

      3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

      4. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  March 26, 2015

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10/kly
pree0628.3c+new