UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIA A. PREE,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY JAIL MEDICAL DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:15-cv-0628 DAD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 7) is denied without prejudice.

2. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court.

////

1

1      3.  Plaintiff shall submit, within thirty days from the date of this order, a fully completed
2  in forma pauperis application.  Plaintiff's failure to comply with this order will result in a
3  recommendation that this action be dismissed without prejudice.
4  Dated:  June 16, 2015

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10/md
pree0628.3c