1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EUGENIA A. PREE,                              No.  2:15-cv-0628 AC P (TEMP)

12                  Plaintiff,

13        v.                                       ORDER

14   SOLANO COUNTY JAIL MEDICAL
     DEPARTMENT, et al.,
15

16                  Defendants.

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

18   action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction.

19   (ECF No. 5.)

20        A recent court order was served on plaintiff's address of record and returned by the postal

21   service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that

22   a party appearing in propria persona inform the court of any address change.  More than sixty-

23   three days have passed since the court order was returned by the postal service and plaintiff has

24   failed to notify the Court of a current address.

25        Accordingly, IT IS HEREBY ORDERED that:

26        1.  Plaintiff's motion to proceed in forma pauperis is terminated; and

27   ////

28   ////

                                                   1

1        2.  This action is dismissed without prejudice for failure to prosecute. <u>See</u> E.D. Cal. Local

2              Rule 183(b).

3    DATED: April 12, 2016

4                                                    _____
                                                     ALLISON CLAIRE
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2